PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PARAMJIT KAUR,

                          Plaintiff,

              v.

USCIS, ET AL.,

                          Defendants.

CASE NO.  2:24-CV-00495 KJM-CKD

STIPULATION AND ORDER FOR FIRST
EXTENSION OF TIME

        The Defendants respectfully request a first extension of time in which to respond to the

complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship

and Immigration Services ("USCIS") has unreasonably delayed adjudication of her pending asylum

application, which she filed in May 2016.  USCIS has informed its' counsel it would be scheduling the

interview of Plaintiff.  The parties anticipate that this lawsuit will be rendered moot upon the successful

completion of the interview and adjudication of this application.

///

///

///

1    The parties therefore stipulate that the new date for Defendants to file an answer or other

2  dispositive pleading is June 12, 2024.  The parties further request that all other filing deadlines be

3  similarly extended, and that the initial scheduling conference, currently set for July 11, 2024, be vacated

4  and reset.

5

6  Respectfully submitted,

7

8   Dated:  May 9, 2024                           PHILLIP A. TALBERT
                                                   United States Attorney
9

10                                       By:   /s/ ELLIOT C. WONG
                                               ELLIOT C. WONG
11                                             Assistant United States Attorney

12

13                                             /s/ WAHIDA NOORZAD
                                               WAHIDA NOORZAD
14                                             Counsel for Plaintiff

15

16                                  ORDER

17

18    The deadline for Defendants to file an answer or other dispositive pleading is extended to

19  June 12, 2024.  The initial scheduling conference set for July 11, 2024 is vacated and reset for August 8,

20  2024 at 2:30 p.m., with a joint status report due 21 days prior.

21    It is so ORDERED.

22

23  DATED:  May 16, 2024.

24
                                   _____
25                                 CHIEF UNITED STATES DISTRICT JUDGE

26

27

28