PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT KAUR,<br><br>               Plaintiff,<br><br>    v.<br><br>USCIS, ET AL.,<br><br>               Defendant. | CASE NO. 2:24-CV-00495 KJM-CKD<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

     The Defendants respectfully request to hold this case in temporary abeyance through January 29, 2025, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2016. USCIS has scheduled Plaintiff's asylum interview for October 1, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through January 29, 2025. The parties further request that all other filing and case management deadlines be similarly vacated including the scheduling conference currently set for August 8, 2024 and its' accompanying deadlines.

Respectfully submitted,

Dated: June 5, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ WAHIDA NOORZAD
WAHIDA NOORZAD
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation and good cause appearing, the court orders this case be held in temporary abeyance through January 29, 2025.  The initial scheduling conference set for August 8, 2024 is hereby vacated and continued to February 27, 2025 with a joint status report due twenty-one days prior.

IT IS SO ORDERED.

DATED:  June 5, 2024.

CHIEF UNITED STATES DISTRICT JUDGE